AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Elias ABAD a/k/a
Gregorio GARCIA

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1618-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 17, 2003__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) wilfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of such passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports,

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:
See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-03-2004                                                at   Boston, MA
Date                                                           City and State

Charles B. Swartwood III
U.S. Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.