AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

**APPEARANCE**

Case Number: 04-1418CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Elias Abad

I certify that I am admitted to practice in this court.

2/18/07
Date

Signature: Jeffrey B Rubin

Print Name: Jeffrey B Rubin (active Federal)   Bar Number

Address: 175 Federal Street Suite 507

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-367-0077   Fax Number: 617-367-0071